United States District Court

Eastern District of California

Kendall Cooke,

    Plaintiff,　　　　　　　　　　No. Civ. S 05-0684 LKK PAN P

 vs.　　　　　　　　　　　　　　Order

D. L. Runnels, et al.,

    Defendants.

　　　　　　　　　　　　-oOo-

    August 10, 2005, plaintiff requested an extension of time to file an amended complaint.  Good cause appearing, plaintiff's request is granted and time is extended until 30 days from the date this order is signed.

    So ordered.

    Dated:  August 16, 2005.

　　　　　　　　　　　　　　　/s/ Peter A. Nowinski
　　　　　　　　　　　　　　　PETER A. NOWINSKI
　　　　　　　　　　　　　　　Magistrate Judge